# CRIMINAL COMPLAINT
(Submitted electronically)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Eduardo Campos-Hernandez**<br>DOB: 1977; Mexican Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**25-04859MJ** |

Complaint for violation of Title 21, United States Code, Sections 841(a)(1) & 841(b)(1)(A)(ii)(II)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about March 6, 2025, at or near Nogales, in the District of Arizona, **Eduardo Campos-Hernandez** did knowingly and intentionally possess with intent to distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii)(II).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On March 6, 2025, at approximately 6:07 a.m., Eduardo CAMPOS-Hernandez entered the United States from the Republic of Mexico at the DeConcini Port of Entry in Nogales, Arizona. CAMPOS was the driver of a 2016 Chevrolet Equinox bearing a Sonora, Mexico, license plate. CAMPOS was accompanied by his minor daughter. CAMPOS told the primary Customs and Border Protection (CBP) officer that he was taking his daughter to school in the United States. CAMPOS then told the officer he is the owner of the vehicle. The officer obtained a negative declaration from CAMPOS to include drugs, alcohol, firearms, or tobacco. During a secondary inspection, CAMPOS provided officers with the same itinerary. CAMPOS claimed ownership of the vehicle and stated that it was registered to him as well. The secondary officer obtained a negative declaration from CAMPOS to include drugs, alcohol, weapons, tobacco or currency in excess of $10,000. A CBP canine, trained to detect the odor of narcotics, alerted to a trained odor emanating from the radio and dashboard area of the vehicle. Officers x-rayed the vehicle and observed anomalies in the center of the dashboard. Officers inspected the vehicle and found a non-factory compartment behind the radio and in the dashboard area. Officers discovered 12 packages of suspected narcotics concealed inside the compartment. A representative sample of the contents of the packages was field tested and yielded positive results for the properties of cocaine. The packages of cocaine weighed 13.54 kilograms.

After waiving his *Miranda* rights, CAMPOS admitted he knew he was smuggling narcotics into the United States from Mexico. CAMPOS stated he was not going to be paid, and that he was being threatened. CAMPOS said some unknown subjects knew where he lived and came to his home. CAMPOS told interviewing agents that the subjects would follow his family around. CAMPOS did not provide specific details about the threats and could not show any text messages, voice mails, or photos from the unknown subjects that would corroborate his story. CAMPOS admitted this was not his first time and that he has smuggled narcotics into the United States in the recent past.

CONTINUED ON NEXT PAGE

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT (official title)<br>**JOSE A MONTANO** Digitally signed by JOSE A MONTANO<br>Date: 2025.03.07 10:36:29 -07'00' |
|---|---|
| | OFFICIAL TITLE<br>Special Agent Jose Montaño<br>Homeland Security Investigations |
| Sworn to telephonically. | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*/s/ Maria S. Aguilera* | DATE<br>March 7, 2025 |

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1 and 54

Reviewed by AUSA Houston

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED:

